408 A.2d 530

Commonwealth v. Saunders, Appellant.

Argued September

13, 1978. John P. Gregg, for appellant; Eric J. Cox, Assistant District Attorney, Chief, Appeals Division, for Commonwealth, appellee.

Before CERCONE, SPAETH and LIPEZ, JJ.

Judgment of sentence affirmed.